James Sutton and others, *Appellants, v.* William A. Wilkins, *Respondent.* — Judgment affirmed, with costs. Opinion by Learned, P. J.

Harriet M. West, *Respondent, v.* John H. Kiersted, *Appellant.*— Motion for reargument to go to Court of Appeals denied.

In the Matter of the Petition of Stephen Carroll for the Removal of Daniel P. Wilson, Justice of the Peace. — Motion granted and Wilson removed.

In the Matter of the Central Trust Company.— Application denied, on the ground that the rules should be modified by the convention of justices.

In the Matter of the Attorney-General, *Appellant, v.* The Atlantic Mutual Life Insurance Company, *Respondent.* — Motion for reargument or to file additional briefs denied, with ten dollars costs.

The Attorney-General *v.* The Guardian Mutual Life Insurance Company.— Order affirmed, with ten dollars costs and printing disbursements.

John Reed *Respondent, v.* George McConnell, *Appellant.* — Appeal sent to Second Department. Bockes, J., not acting.

William Shutter, *Appellant, v.* Walter S. Ward, *Respondent.*— Motion for reargument denied, with ten dollars costs.

The Attorney-General *v.* The North America Life Insurance Company.— Order affirmed, with ten dollars costs and printing disbursements. Bockes, J. taking no part.

John Pettit, *Respondent, v.* The City of Kingston, *Appellant.*— Order reversed, without costs. Opinion by Boardman, J.

Teunis H. Haulenbeck, *Appellant, v.* Alfred T. Van Nostrand and others, *Respondents.*— Order affirmed, with ten dollars costs and printing disbursements.

William C. McHarg, *Respondent, v.* Elizabeth Crounse, *Appellant.*— Order reversed, without costs. Opinion by Boardman, J.

Cornelia J. Davenport, *Respondent, v.* Lewis N. Ireland, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

Paul Cushman *as Trustee, etc., v.* Charles E. Leland, *Appellant.*

Charles E. Knowlton, *Respondent,* and others.— Order reversed, with ten dollars costs and printing disbursements, and motion to withdraw answer and dissolve injunction denied, with ten dollars costs against defendant Knowlton. Opinion by Boardman, J.

Myron Gates, *Appellant, v.* Adam Fry, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by Bockes, J.

George C. Newman, *Appellant,. v.* Daniel Fish and Eugene Hyatt, *as Administrators, Respondents.*— Judgment affirmed, with costs on opinion of referee.